AO 442 (Rev. 11/11) Arrest Warrant

FILED 24 OCT '24 9:52 USDC-ORP

U.S. MARSHALS SERVICE
OCT 10 2024 11:35

# UNITED STATES DISTRICT COURT

for the

District of Oregon

**ORIGINAL**

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 3:24-cr-00383-AN-1 |
| Ramirez Dumitru, | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ramirez Dumitru                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States
Unauthorized Use of Access Devices

Date:   **10/10/2024**

City and State:   **Portland, Oregon**

**s/D. Norris**
*Issuing officer's signature*

**D. Norris, Deputy Clerk**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/10/24 , and the person was arrested on *(date)* 10/22/24 at *(city and state)* Goresham, OR . |

Date: 10/23/24

*Arresting officer's signature*

John Sherman S/A
*Printed name and title*