Robert Hamilton, OSB # 012730
Assistant Federal Public Defender
Email: robert_hamilton@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00383-AN-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| RAMIREZ DUMITRU, | |
| Defendant. | |

Ramirez Dumitru will appear before this Court on December 11, 2025, for sentencing upon his plea of guilty to count one of Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371. For the reasons outlined in other sentencing materials before the Court, the defense respectfully requests the Court sentence Mr. Dumitru to 21 months imprisonment followed by 3 years of supervised release.

Dated: December 3, 2025.

                                        /s/ Robert Hamilton
                                        Robert Hamilton, OSB #012730